District Judge Tana Lin

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MURAD KHALED ATALLA ALMIAWI,<br><br>                Petitioner,<br>     v.<br><br>UR JADDOU, et al.,<br><br>                Respondents. | Civil No. 2:23-cv- 919-TL<br><br>**STIPULATED MOTION TO DISMISS AND REMAND CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) and [PROPOSED] ORDER**<br><br>Noted for Consideration: 07/14/2023 |

1. Petitioner commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Petitioner had been interviewed.

2. USCIS is now prepared to resolve this matter by adjudicating Petitioner's application for naturalization. However, USCIS cannot adjudicate the application unless and until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a] Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

1. The Court shall dismiss this matter without prejudice and remand this case to USCIS, directing the agency to take any and all necessary actions, and to issue a decision on Petitioner's application for naturalization within 7 days of the remand order. Based on the information now available to it, USCIS sees no basis that precludes a grant of Petitioner's application for naturalization. However, Petitioner acknowledges his burden to establish and maintain eligibility for naturalization up to the time he has taken the oath of allegiance.

2. If USCIS does not issue a decision on Petitioner's application for naturalization within the time frame set forth in paragraph 1 above, Respondents will not oppose any request by Petitioner to this Court to vacate

the remand order and thereby re-assert jurisdiction over Petitioner's action pursuant to 8 U.S.C. § 1447(b).

3. Petitioner has asserted a claim to attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The parties hereby agree that both parties not be awarded attorney's fees and costs under the EAJA.

Dated: July 14, 2023              Respectfully submitted,

                                  TESSA M. GORMAN
                                  Acting United States Attorney

                                  /s/ *Michelle R. Lambert*
                                  MICHELLE R. LAMBERT
                                  Assistant United States Attorney
                                  Attorney for Respondents United States
                                  1201 Pacific Avenue, Suite 700
                                  Tacoma, WA 98402
                                  Tel.: (253) 428-3824
                                  Email: michelle.lambert@usdoj.gov

Dated:  July 14, 2023             /s/*Bart Klein*
                                  BART KLEIN
                                  Attorney for Petitioner
                                  605 First Avenue South, Suite 500
                                  Seattle, WA 98104
                                  Tel.: (206) 624-3787 Fax: (206) 624-6371
                                  Email: Bart.Klein@bartklein.com

1  **[PROPOSED] ORDER**

2  Pursuant to the Parties' stipulation (Dkt. No. 7), IT IS SO ORDERED. This case is
3  DISMISSED without prejudice and without fees or costs. The case is REMANDED to USCIS.

4

Dated:   July 17, 2023

*[signature]*

Tana Lin
United States District Judge